■ ISADORA PATTERSON, Respondent, v ARTURO RIVERA et al., Appellants. [852 NYS2d 762]—

The motion was properly denied on the ground that defendants' expert did not address the MRI reports showing herniated discs, which in conjunction with other evidence was indicative of serious injury (*see Wadford v Gruz*, 35 AD3d 258 [2006]; *Nix v Yang Gao Xiang*, 19 AD3d 227 [2005]). Since defendants failed to meet their initial burden on the motion, there is no need to consider plaintiff's opposing papers (*see id.*). Concur—Mazzarelli, J.P., Saxe, Friedman and Nardelli, JJ.